**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7523**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ADEWALE JOHNSON ALADEKOBA, a/k/a Jay Johnson, a/k/a Orlando
Percival McGregory, a/k/a Wally,

Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.   (1:93-cr-00018-WMN-3)

Submitted:  March 31, 2011              Decided:  April 6, 2011

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Adewale Johnson Aladekoba, Appellant Pro Se. Jamie Michelle
Bennett, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adewale Johnson Aladekoba seeks to appeal the district court's orders denying his criminal motions and petition for writ of error audita querela in which he sought to challenge his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Aladekoba, No. 1:93-cr-00018-WMN-3 (D. Md. June 1 & Oct. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2